# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: KENNETH C. NELSON & GLORIA F. NELSON
2333 SUNSET LANE
BELVIDERE, IL 61008

Case Number: 04-73734
SSN-xxx-xx-5910 & xxx-xx-9530

Case filed on: 7/26/2004
Plan Confirmed on: 11/12/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $59,849.65

Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY ANTHONY M. ROCCO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 201 | FIRST MIDWEST BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | KENNETH C. NELSON | 0.00 | 0.00 | 17.65 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 17.65 | 0.00 |
| 001 | FIRST MIDWEST BANK | 9,000.00 | 9,000.00 | 9,000.00 | 519.94 |
| 002 | HARRIS BANK NA | 5,000.00 | 5,000.00 | 5,000.00 | 288.85 |
| | Total Secured | 14,000.00 | 14,000.00 | 14,000.00 | 808.79 |
| 001 | FIRST MIDWEST BANK | 783.79 | 186.43 | 186.43 | 0.00 |
| 002 | HARRIS BANK NA | 1,528.38 | 380.84 | 380.84 | 0.00 |
| 003 | BECKET & LEE, LLP | 10,617.10 | 10,617.10 | 2,709.69 | 0.00 |
| 004 | AT&T UNIVERSAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | LVNV FUNDING LLC | 8,613.87 | 8,613.87 | 2,198.42 | 0.00 |
| 006 | ROUNDUP FUNDING LLC | 15,720.91 | 15,720.91 | 4,012.28 | 0.00 |
| 007 | ROUNDUP FUNDING LLC | 4,401.56 | 4,401.56 | 1,123.36 | 0.00 |
| 008 | CAPITAL ONE | 5,021.63 | 5,021.63 | 1,281.62 | 0.00 |
| 009 | CARDMEMBER SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 8,527.36 | 8,527.36 | 2,176.35 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 7,403.58 | 7,403.58 | 1,889.54 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 9,200.18 | 9,200.18 | 2,348.06 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 6,565.71 | 6,565.71 | 1,675.69 | 0.00 |
| 014 | RESURGENT CAPITAL SERVICES | 6,933.04 | 6,933.04 | 1,769.44 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 8,841.79 | 8,841.79 | 2,256.59 | 0.00 |
| 016 | ECAST SETTLEMENT CORPORATION | 12,884.17 | 12,884.17 | 3,288.29 | 0.00 |
| 017 | ECAST SETTLEMENT CORPORATION | 10,696.29 | 10,696.29 | 2,729.90 | 0.00 |
| 018 | GM CARD - CARDMEMBER SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | JOHN CATANESE | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | LEXINGTON HEALTH CARE CENTER OF | 5,241.22 | 5,241.22 | 1,337.66 | 0.00 |
| 021 | MBNA AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | MBNA AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | MBNA AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | PRUDENTIAL INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | RESURGENT CAPITAL SERVICES | 7,402.26 | 7,402.26 | 1,889.20 | 0.00 |
| 026 | LVNV FUNDING LLC | 6,869.41 | 6,869.41 | 1,753.21 | 0.00 |
| 027 | RESURGENT CAPITAL SERVICES | 9,146.88 | 9,146.88 | 2,334.46 | 0.00 |
| 028 | RESURGENT CAPITAL SERVICES | 14,778.97 | 14,778.97 | 3,771.88 | 0.00 |
| | Total Unsecured | 161,178.10 | 159,433.20 | 41,112.91 | 0.00 |
| | Grand Total: | 175,178.10 | 173,433.20 | 55,130.56 | 808.79 |

| | |
|---|---|
| Total Paid Claimant: | $55,939.35 |
| Trustee Allowance: | $3,910.30 |
| Percent Paid Unsecured: | 25.79 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008                    By  /s/Heather M. Fagan